UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| *In re*: Christopher Eric Mumm, Attorney at Law, Bar No. 3314 | Case No. 2:23-ms-00065-MMD <br><br> ORDER |

**I.   SUMMARY**

This is an attorney discipline matter. Before the Court is Christopher E. Mumm's petition for reinstatement (the "Petition"). (ECF No. 2.) As further explained below, the Court will deny Mr. Mumm's Petition without prejudice.

**II.   BACKGROUND**

A three-judge panel of this Court reciprocally suspended Mr. Mumm from practice before this Court in 1998. (ECF No. 1.) That order advised Mr. Mumm that he could file a petition for reinstatement in the event he was reinstated to practice in state court by the Nevada Supreme Court ("NSC"). (*Id.* at 1.) The Court has no record that Mr. Mumm was ever reinstated to practice before this Court. Despite this, Mr. Mumm represents that he appeared in a case in this district in 2010. (ECF No. 2 at 2.)

**III.   DISCUSSION**

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." LR IA 11-7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.* However, the decision

as to whether and under what circumstances the attorney will be reinstated to practice before this Court is left to the discretion of the Chief Judge, or other reviewing Judge if the Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

The Court will deny the Petition without prejudice because Mr. Mumm did not explain his situation with specificity, nor did he offer any supporting evidence to corroborate his implicit representation that he was reinstated by the NSC. He instead wrote in pertinent part, "[a]s can be seen on their website attorney, CHRISTOPHER ERIC MUMM, is in good standing and has disciplinary actions of record." (ECF No. 2 at 3.) Mr. Mumm does not explain what those disciplinary actions are, nor how they affect his ability to practice. Nor is it clear what "their website attorney" means. Mr. Mumm does not explicitly state that he was readmitted to practice before the NSC either. In addition, Mr. Mumm does not offer any corroborating evidence such as a current certificate of good standing from the NSC or a letter from the state bar indicating that he is able to practice in state court. The Court will accordingly deny Mr. Mumm's Petition without prejudice.

Any renewed petition for reinstatement that Mr. Mumm files must explain his situation with specificity. Mr. Mumm must attach to any renewed petition a certificate of good standing from the NSC and evidence sufficient to establish that his practice in the Nevada state courts is fully unencumbered by any probationary or other conditions stemming from any discipline imposed on him by the NSC, such as a letter from the state bar stating that he has fully discharged all the probationary conditions imposed on him.

**IV.   CONCLUSION**

It is therefore ordered that Mr. Mumm's petition for reinstatement (ECF No. 2) is denied without prejudice.

DATED THIS 26th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 3rd day of October 2023, I caused to be served a true and correct copy of the foregoing Order denying petition for reinstatement to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Christopher Eric Mumm
>Nelson and Kennard
>P.O. Box 3479
>Reno, NV 89505-3479
>
>Certified Mail No.: 7020 3160 0000 7420 7515

>/s/ Sharon H.
>Deputy Clerk
>United States District Court,
>District of Nevada